# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANCHOR BREWING COMPANY, LLC,, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br>a<br>MOUNTAIN SHIPPERS, LLC, a Connecticut limited liability company, CITY STEAM BREWERY, LLC, a Connecticut limited liability company, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:14-CV-0097  VLB<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Filed:  January 27, 2014<br>Complaint Served:  January 28, 2014<br>Defendants' Appearance:  February 10, 2014<br><br>(FEDERAL RULE OF CIVIL PROCEDURE 41; LOCAL RULE 41(b)) |

Plaintiff Anchor Brewing Company, LLC and defendants Mountain Shippers, LLC and City Steam Brewery, LLC stipulate with reference to the following facts.

A.      The parties participated in a settlement conference before the Honorable Magistrate Judge Thomas P. Smith on August 27, 2014.

B.      The parties reached a settlement of their dispute at the settlement conference.

Now therefore, subject to the approval of the Court, the parties stipulate to dismiss the entire action, including all claims and counterclaims by all parties, with prejudice, with all parties to bear their own costs.

DATED: September 24, 2014       KINNEAR LAW FIRM P.C.


By: /s *James Wesley Kinnear*
_____

JAMES WESLEY KINNEAR (SBN 124771)
KINNEAR LAW FIRM PC
220 Montgomery Street, Suite 695
San Francisco, CA 94104
(415) 328-6302
jwk@kinnearlaw.com

 J. Mark Lane
LANE, SASH & LARRABEE LLP
106 Corporate Park Drive, Suite 110
White Plains, NY 10604
(914) 251-0001
Attorney for Plaintiff Anchor Brewing
Company
Local Counsel


DATED: September 24, 2014       LAW OFFICES OF MARIO G. CESTE


By:  /s *Mario G. Ceste*
_____

Mario Ceste
LAW OFFICES OF MARIO CESTE
P.O. Box 82
Wallingford, CT 06492
(203) 678-6418
Mario@cestelaw.com
Attorney for Defendant Mountain Shippers,
LLC

Dated:  September 24, 2014          GOLDBERG SEGALLA LLP


By:  /s Ryan G. Pitman
_____

Ryan G. Pitman
GOLDBERG SEGALLA LLP
665 Main Street, Suite 400
Buffalo, New York 14203
(716) 566-5400
rpitman@goldbergsegalla.com
Attorney for Defendant City Steam Brewery,
LLC



## ORDER

GOOD CAUSE APPEARING, the foregoing stipulation is approved.  The action is

dismissed in its entirety with prejudice, with each party to bear its own costs.


Dated:  _____, 2014



_____
Vanessa L. Bryant
United States District Court Judge